IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**TERRY TIDWELL**                                                                                    **PLAINTIFF**

V.                                          **4:16CV00254 JM**

**NCEP LLC; LORI WITHROW,**
**Individually and d/b/a**
**ALLEN & WITHROW ATTORNEYS AT LAW**
**d/b/a LAW OFFICES OF ALLEN & WITHROW**                              **DEFENDANTS**

## ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled. The Court retains complete jurisdiction until March 12, 2017 to resolve issues related to the settlement if necessary.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The trial scheduled for June 19, 2017 is cancelled.

Dated this 11th day of January, 2017.

_____
James M. Moody Jr.
United States District Judge